Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ *middle* _____ District of _____ *FLORIDA* _____

_____ *Jacksonville* _____ Division

PROVIDED TO BAKER RE-ENTRY ON 1/27/23
FOR MAILING ON ___ S.K.

*Jerry Allan Knight*

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

*Blake A. Ortagus*
*JSO        Deputy*

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. *3:23cv236-TJC-PDB*

*(to be filled in by the Clerk's Office)*

2023 MAR -1 PM 1:45
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL.
JACKSONVILLE FLORIDA

FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                  *JERRY Allen Knight*

All other names by which
you have been known:                  *NA*

ID Number                             *J06893*

Current Institution                   *Baker Correctional Institution*

Address                               *17128 US Highway 90 West*

                                      *Sanderson        Florida    32087*
                                           City         State     Zip Code

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                                  *Blake A. Ortagus (Jns-Deputy)*

Job or Title *(if known)*             *TSio Deputy Sheriff*

Shield Number                         *#73533*

Employer                              *Jacksonville Sheriff's Office*

Address                               *501 East Bay Street*

                                      *Jacksonville   FLA.   32202-2927*
                                           City         State     Zip Code

☑ Individual capacity        ☐ Official capacity

Defendant No. 2

Name                                  *N/A*

Job or Title *(if known)*             *N/A*

Shield Number                         *N/A*

Employer                              *N/A*

Address                               *N/A*

                                      *N/A*      *N/A*      *N/A*
                                           City         State     Zip Code

☐ Individual capacity        ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name _____ *N/A*
    Job or Title *(if known)* _____ *N/A*
    Shield Number _____ *N/A*
    Employer _____ *N/A*
    Address _____ *N/A*
    *N/A*    *N/A*    *N/A*
    City    State    Zip Code
    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name _____ *N/A*
    Job or Title *(if known)* _____ *N/A*
    Shield Number _____ *N/A*
    Employer _____ *N/A*
    Address _____ *N/A*
    *N/A*    *N/A*    *N/A*
    City    State    Zip Code
    ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_USC-ADMENDMENT (8TH) "Excessive Force"_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_N/A_

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. _ON THE NIGHT OF AUG. 29TH 2019 AT OF AROUND AN/ ABOUT 10:30 P. AFTER HAVING BEEN PUT IN HANDCUFFES — AND RESTRAINED: JSO- OFFICER (BLAKE A. ORTAGUS (#735-33) USED EXCESSIVE FORCE by HAVING BEAT THE PLAINTIFF WITH HIS BATON LENGTH FLASHLIGHT, CAUSING THE PLAINTIFF A LACERATION ABOVE THE LEFT EYE, LACERATION TO THE NOSE, BRUISING TO THE FACIAL AREA, AND A DISLOCATED (Right. SHOULDER & INJURED (R.) HAND._

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☑   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose. _THE DEFENDANT BLAKE A. ORTAGUS VIOLATED MY U.S. 8TH AMENDMENT RIGHT by means of HAVING USED UN-NECESSARY "EXCESSIVE USE of FORCE" while IN RESTRAINTS. THE EXCESSIVE FORCE USED WERE INFACT ENOUGH TO SHOW BY MY INJURIES SUFFERED THAT THE DEFENDANT ON THIS NIGHT IN QUESTION ACTED with A SUFFICIENTLY Culpable STATE of MIND LEAVING ME with PERMANENT SCARRING, OVER MY EYE & PHYSICAL AILMENTS.) THE INCIDENT OCCURED AT: 8412 OZALA AVE. JACKSONVILLE, FLA 32210 AT 10:30 P.M._

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

_N/A_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

THE Incident occured on The Night of 1° August 29th 2019 at ar
Around 10:30 P. M.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* ON Aug. 29th 2019 at / Around Ten
Thirty (10:30 Pm after a Traffic Stop which lead to a Foot Chase Between
Plaintiff & Defendant. Once chace Ended And Plaintiff was in Restraint
(Hand Cuffs), The Defendant (JSO officer's B.Lans, A. Ortabus shield # 73583
Beat the Plaintiff with a Baton Flashlight Causing Lacerations over His Left eye, Lacer-
ation to His Nose, Bruising To His Facial Area, A Dislocated (R.) shoulder & AN Injured
(R. Hand). Witnesses are 1s
                              See, Attached pka Labelled "Witnesses)"

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
                              (ON Aug. 29th 2019)
I Recieved Lacerations To my Nose, Bruiseing To my Face, Lacerations
To The Left eye Area, severe Injury to The Right Hand And a Dislocated
Right Shoulder. when The Ambulance Arrived and Emergancy Technini-
ans was on The scene I was Hurried Away in officer Jones' Police Crui-
ser And That Delayed me Treatment to The Extent of Denials, and That Can
Sad me Damage I wouldnt Have otherwise Not Had to Endure.
          See, Medical Attachment of Treatment I recieve while in FDOC).

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Relief Being seek would be to Respecfully Request That
The Honorable Court Render its Judgment for The Plaintiff Grant
ing Him in the Amount of $1,500,000 Dollars for (police Brutality, Neglig-
ence, mental, Emotional and physichal Abuse.. This would be to include
and are not Limited - (Punitive Damages).
                                        Thankyou

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No                          N/A

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No                          N/A

☐ Do not know

If yes, which claim(s)?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes                                    *N/A*

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No                                     *N/A*

E.   If you did file a grievance:

1.   Where did you file the grievance?

_____ *N/A* _____

2.   What did you claim in your grievance?

_____ *N/A* _____

3.   What was the result, if any?

_____ *N/A* _____

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____ *N/A* _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

_____ N/A _____

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____ N/A _____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____ N/A _____

      *(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[✓] Yes

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____ MIDDLE DISTRICT OF FLORIDA  ( UN-AVAILIBLE) DEC 10TH 2022

ORDER

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.    *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _Jerry allen Knight_

Defendant(s)    _offic. BLAKE A. SPTAGUE Shield # 73533_

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_middle District_

3.    Docket or index number

_3:22-cv-1374-mmH-LLL_

4.    Name of Judge assigned to your case

_The Hon. Marcia Morales Howard_

5.    Approximate date of filing lawsuit

_October 22nd 2021_

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.    _December 20TH 2022_

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_Dismissed without prejudice). Failed to State a Claim_

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
Plaintiff(s)        *N/A*
Defendant(s)        *N/A*

2.   Court *(if federal court, name the district; if state court, name the county and State)*

*N/A*

3.   Docket or index number
*N/A*

4.   Name of Judge assigned to your case
*N/A*

5.   Approximate date of filing lawsuit
*N/A*

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition        *N/A*

7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

*N/A*

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *1-26-23*

Signature of Plaintiff    *jerry Knight*
Printed Name of Plaintiff    *Jerry Knight*
Prison Identification #    *J06893*
Prison Address    *Baker Re-Entry Center 17128 US Hwy. 90 West*
*Sanderson                  Florida   32087*
　　　　　　　　　　　　　　　City　　　　　　　　State　　　Zip Code

### B.    For Attorneys

Date of signing:    *N/A*

Signature of Attorney    *N/A*
Printed Name of Attorney    *N/A*
Bar Number    *N/A*
Name of Law Firm    *N/A*
Address    *N/A*
　　　　　　　　　*N/A*　　　　　*N/A*　　*N/A*
　　　　　　　　　City　　　　　State　　Zip Code
Telephone Number    *N/A*
E-mail Address    *N/A*